## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| James Schuck | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 2:22-cv-02124-MRP |
| v. | : | |
| | : | |
| City of Philadelphia | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

### ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW,** this 11th day of May, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant's Motion for Summary Judgment (Doc. No. 25) is **DENIED**.

BY THE COURT:

_____

Hon. Mia Roberts Perez